IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO

FILED
OCT 25 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Lola T. Collins Welch
Plaintiff(s)

vs.

Vivo Toledo / Cardinal
Defendant(s)

CASE NO. 3:21 CV 2012

JUDGE KNEPP
MAG JUDGE CLAY

COMPLAINT

1) a. Lola T. Collins Welch - 3550 Executive Pkwy Ste 7-130, Toledo, Ohio 43606
   b. Vivo Toledo 1473 Secor Rd Toledo, Ohio 48607
   c. Cardinal Group - 4100 E. Mississippi Ave, Denver, CO 80246

2) 230 Rent Lease & Ejectment

3) I signed a lease with Vivo Toledo after being illegally evicted from Georgetown Village & by Toledo Municipal Court. I signed the lease first then moved and gave Vivo a check & recieved my keys. Matthew (the apartment manager) wanted two months in advance, due to the false evictions on my record. So far I have experienced nightmares since living in these apartments from my roommate (Nekhilah Stephens - Cleveland) smoking marijuana in the apartment on Saturday, June 26, 2021 after reporting to Vivo about the illegal entry into my bedroom #A. Then someone Vivio or Nekhitah has planted brown recluse just like Georgetown, and two crickets. Nekhilah has invited people over with her physically being in the apartment. Last but not least, I have been on medical leave, and according to the CT's & MRI's I have been sick since August 10, 2021 due to the conditions of this apartment. I & Reid made a negotiation to pay September's rent on October 17, 2021 & October's rent on Oct 28, 2021. Vivo turned around & will put me in Toledo Municipal Court on Monday October 25, 2021 @ 13:30 Courtroom #9 (CVG-21-12933) before a negotiation was made. I honestly believe that Georgetown Village & Vivo Toledo are affiliated companies

4) Money Damages - Definately

Lola J. Collins Welch
Lola T. Collins Welch
3550 Executive Pkwy Ste 7-130
Toledo, Ohio 43606
10/19/2021